IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRIAN MOAT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:21-cv-807 |
| | ) | Judge Trauger |
| THE METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON COUNTY | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

It is hereby ORDERED that a discovery dispute telephone conference will be held with counsel for the parties on Thursday, August 4, 2022 at 9:00 a.m. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the telephone conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge