IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN MOAT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:21-cv-00807 |
| ) | |
| THE METROPOLITAN ) | JUDGE TRAUGER |
| GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON ) | JURY DEMAND |
| COUNTY, TENNESSEE, ) | |
| ) | |
| Defendants. ) | |

## BUSINESS RECORDS AFFIDAVIT

Comes now **Kimberly Jordan** and states as follows:

1. I am employed by **Davies** as a **Claims Manager**

My job duties include maintaining records for this business.

2. In my authority with **Davies** I have the authority to certify the attached records for **Brian Moat**

3. The attached records are true and accurate copies of all of the records described in Jesse Harbison Law's request for records sent on June 23rd, 2022.

4. The attached records were prepared by the personnel of **Davies** or persons acting under its control, in the ordinary course of their regularly conducted business at or near the time of the act, condition or event reported in the records and making the records was a regular practice.

5. It is the policy of **Davies** that the personnel preparing

these records have knowledge of the information that is recorded in these records, and has a business duty to timely make and maintain true and accurate records.

6. The charge of $_____ for furnishing these copies is reasonable.

*Kimberly Jordan*
BUSINESS RECORDS CUSTODIAN

STATE OF Tennessee )
COUNTY OF Davidson )

Personally appeared before me, the undersigned, a Notary Public, in and for said county and state, the within named Kimberly Jordan with whom I am personally acquainted (or upon the basis of satisfactory evidence presented to me), who, after being duly sworn, made oath that he/she executed the foregoing for the purposes therein contained.

WITNESS my hand and official seal this 7 day of July, 2022.

*Karen June Jamian*
Notary Public

My Commission Expires:

March 3, 2026

[Notary Seal: KAREN JUNE JAMIAN, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, Commission Expires MARCH 3, 2026]



# Form - 201
## Injury On Duty (IOD) Report

Date: 12-13-19
Time In: 9:55 AM
Time Out: 11:00 AM
Front Desk Initials: CP

Facility: Metro IOD Clinic

**Moat, Brian J.**

Employer: Metro IOD Clinic-ONSITE ONLY
SSN: [redacted]  DOB: 06/13/1968
Case Date: 12/12/2019

HOME #: _____

INJURY: _____  (INITIAL) / RECHECK (PLEASE CIRCLE)

TREATING PHYSICIAN: Dr. Rebecca Smith    HOW WAS AUTHORIZATION OBTAINED? ASC

DESCRIPTION OF INJURY: acute lumbar disc herniation with radiculopathy + weakness

ASSESSMENT/DIAGNOSIS: " " " " "

Is condition claimed and compatible to be work related? ☒ Yes ☐ No
Known pre-existing or other conditions contributing? ☐ Yes ☐ No
TREATMENT RENDERED: exam, referral

MEDICATIONS: (prescribed) Ø

### RETURN TO WORK OUTLINE

___ RETURN TO REGULAR DUTY

___ DISCHARGED FROM CARE

_✓_ SENT HOME (UNABLE TO WORK)

___ ADMITTED TO: _____

___ LIMITED DUTY
    IF LIMITED DUTY NOT AVAILABLE MUST BE
    BE OFF WORK UNTIL NEXT VISIT

**UPPER EXTREMITY**
___ No use of injured hand/arm
___ No repetitive overhead work
___ No lift/push/pull over ___ lbs.
___ No repetitive/heavy gripping
___ No use of vibrating tools
___ No repetitive/outstretched arm use

**LOWER EXTREMITY**
___ Sitting job with foot/leg elevated
___ Alternate sit/stand, may walk short distances
___ No squatting or kneeling
___ No running/jumping
___ No climbing stairs/ladders

**BACK**
___ Sitting job only
___ Alternate sit/stand
___ May stand/walk up to ___ hrs/day
___ No repetitive stoop/bend/twist
___ May stoop/bend/twist ___ times/hour
___ Weight limit ___ lbs.

**OTHER**
___ Keep dressing clean/dry
___ No driving
___ No use of hazardous machinery
___ Must wear brace as directed
___ Medications may cause drowsiness
    Do not take at work.

Additional notes: _____

DATE TO RETURN TO REGULAR DUTY: _____
FOLLOW UP APPT. REQUIRED?  ☐ YES  ☐ NO    DATE: __/__/__  TIME: _____
If you need to reschedule, call 615-880-2400
REFERRAL TO SPECIALTY: Ortho Spine (Dr. Lebow) Stat/urgent  (ASC to make referral)
REFERRAL TO PHYSICAL THERAPY: _____  (ASC to make referral)
REFERRAL TO DIAGNOSTIC TESTING: _____  (ASC to make referral)

I understand this report and acknowledge receipt of a copy:

Patient [signature]   12-13-19   [signature]

Case 3:21-cv-00807 Document 23-2   Filed 05/05/23   Page 3 of 14 PageID #: 1023

COMPLETED COPY WAS FAXED TO ASC AT 615-360-5692 FROM THE METRO IOD CLINIC. RETAIN COPY IN EMPLOYEE'S FILE.



**Form - 201**

# Injury On Duty (IOD) Report

Date: 12/17/19
Time Out: _____
Facility: HOWELL ALLEN CLINIC    Medical Record #: _____    Front Desk Initials: _____

---

EMPLOYEE NAME: MOAT, BRIAN J    HOME #: _____

DATE OF BIRTH: 06/13/68    SS #: _____    DEPARTMENT: FIRE/EMS BUREAU    CLAIM # C503-19-63746 -01

DATE OF INJURY: 12/12/19    TIME OF INJURY: _____    INITIAL/RECHECK (PLEASE CIRCLE)

TREATING PHYSICIAN: Dr. AARONSON    HOW WAS AUTHORIZATION OBTAINED? THROUGH ASC

---

DESCRIPTION OF INJURY: LEFT HIP AND BACK

ASSESSMENT/DIAGNOSIS: L3-4 HERNIATED DISC

Is condition claimed and compatible to be work related? ☒ Yes ☐ No
Are known pre-existing or other conditions contributing? ☐ Yes ☒ No

TREATMENT RENDERED: EXAM

MEDICATIONS: (prescribed) HYDROCODONE, FLEXERIL, GABAPENTIN

---

### RETURN TO WORK OUTLINE

| | UPPER EXTREMITY | BACK |
|---|---|---|
| ___ RETURN TO REGULAR DUTY | ___ No use of injured hand/arm | ___ Sitting job only |
| ___ DISCHARGED FROM CARE | ___ No repetitive overhead work | ___ Alternate sit/stand |
| | ___ No lift/push/pull over ___ lbs. | ___ May stand/walk up to ___ hrs/day |
| ✓ SENT HOME (UNABLE TO WORK) | ___ No repetitive/heavy gripping | ___ No repetitive stoop/bend/twist |
| | ___ No use of vibrating tools | ___ May stoop/bend/twist ___ times/hour |
| ___ ADMITTED TO: _____ | ___ No repetitive/outstretched arm use | ___ Weight limit ___ lbs. |
| ___ LIMITED DUTY | LOWER EXTREMITY | OTHER |
| IF LIMITED DUTY NOT AVAILABLE, | ___ Sitting job with foot/leg elevated | ___ Keep dressing clean/dry |
| MUST BE OFF WORK UNTIL NEXT VISIT | ___ Alternate sit/stand, may walk short distances | ___ No driving |
| | ___ No squatting or kneeling | ___ No use of hazardous machinery |
| | | ___ Medications may cause drowsiness |

DATE TO RETURN TO REGULAR DUTY: _____    Do not take _____ at work.

FOLLOW UP APPT. REQUIRED? ☒ YES ☐ NO    AFTER SURGERY    ☐ AS NEEDED    DATE: __/__/__    TIME: _____

REFERRAL TO SPECIALTY: _____ (ASC to make referral)
REFERRAL TO PHYSICAL THERAPY: _____ (ASC to make referral)
REFERRAL TO DIAGNOSTIC TESTING: _____ (ASC to make referral)

I understand this report and acknowledge receipt of a copy:
Patient: /s/ Brian Moat    Date: 12/17/19    Physician: /s/

---

WHITE: FAX COMPLETED COPY TO ASC AT 615-360-5692 AND THEN RETAIN IN EMPLOYEE'S FILE.
GIVE EMPLOYEE COPY TO RETURN TO SUPERVISOR.



# Injury On Duty (IOD) Report

Date: 1/3/20
Time Out: _____
Front Desk

Facility: _____ Medical Record #: _____
Initials: _____

EMPLOYEE NAME: Brian Moar  HOME #: 615-582-2615  WORK #: _____

DATE OF BIRTH: 6/13/68   SS #: _____   DEPARTMENT: _____

DATE OF INJURY: 12/12/2019   TIME OF INJURY: _____   INITIAL/RECHECK (PLEASE CIRCLE)

TREATING PHYSICIAN: Dr Oran Aaronson   HOW WAS AUTHORIZATION OBTAINED? through ASC

DESCRIPTION OF INJURY: Left hip + back

ASSESSMENT/DIAGNOSIS: no change

Is condition claimed and compatible to be work related? (Yes)  No
Are known pre-existing or other conditions contributing? Yes  (No)

TREATMENT RENDERED: Surgery on 12/20/19

MEDICATIONS: (dispensed ___ /prescribed X) norco 5, gabapentin, flexeril

### RETURN TO WORK OUTLINE

___ RETURN TO REGULAR DUTY
___ DISCHARGED FROM CARE
X SENT HOME (UNABLE TO WORK)
___ ADMITTED TO: _____

**UPPER EXTREMITY**
___ No use of injured hand/arm
___ No repetitive overhead work
___ No lift/push/pull over ___ lbs.
___ No repetitive/heavy gripping
___ No use of vibrating tools
___ No repetitive/outstretched arm use

**BACK**
___ Sitting job only
___ Alternate sit/stand
___ May stand/walk up to ___ hrs/day
___ No repetitive stoop/bend/twist
___ May stoop/bend/twist ___ times/hour
___ Weight limit ___ lbs.

___ LIMITED DUTY
IF LIMITED DUTY NOT AVAILABLE, MUST BE OFF WORK UNTIL NEXT VISIT

DATE TO RETURN TO REGULAR DUTY: _____

**LOWER EXTREMITY**
___ Sitting job with foot/leg elevated
___ Alternate sit/stand, may walk short distances
___ No squatting or kneeling

**OTHER**
___ Keep dressing clean/dry
___ No driving
___ No use of hazardous machinery
___ Medications may cause drowsiness
___ Do not take ___ at work.

FOLLOW UP APPT. REQUIRED? (YES)  NO   AS NEEDED   DATE: 1/30/20  TIME: ___
REFERRAL TO SPECIALTY: _____ (ASC to make referral)
REFERRAL TO PHYSICAL THERAPY: _____ (ASC to make referral)

# Form - 201



## Injury On Duty (IOD) Report

Date: 1/30/20
Time Out: _____
Facility: HOWELL ALLEN  Medical Record #: _____
Front Desk Initials: _____

EMPLOYEE NAME: BRIAN MOAT        HOME #: 615-582-2615  WORK #: _____

DATE OF BIRTH: 6/13/68    SS #: _____    DEPARTMENT: FIRE

DATE OF INJURY: 12/12/19    TIME OF INJURY: _____    INITIAL / (RECHECK) (PLEASE CIRCLE)

TREATING PHYSICIAN: Dr. Aaronson    HOW WAS AUTHORIZATION OBTAINED? THROUGH ASC

---

DESCRIPTION OF INJURY: _____

ASSESSMENT/DIAGNOSIS: S/P LUMBAR DISCECTOMY

Is condition claimed and compatible to be work related? ☑ Yes ☐ No
Are known pre-existing or other conditions contributing? ☐ Yes ☑ No
TREATMENT RENDERED: EXAM ; ORDERED PFO

MEDICATIONS: (dispensed____ /prescribed____ ) NONE

---

### RETURN TO WORK OUTLINE

| | | |
|---|---|---|
| ____ RETURN TO REGULAR DUTY | **UPPER EXTREMITY** | **BACK** |
| | ____ No use of injured hand/arm | ____ Sitting job only |
| ____ DISCHARGED FROM CARE | ____ No repetitive overhead work | ____ Alternate sit/stand |
| | ____ No lift/push/pull over ____ lbs. | ____ May stand/walk up to ____ hrs/day |
| ✓ SENT HOME (UNABLE TO WORK) | ____ No repetitive/heavy gripping | ____ No repetitive stoop/bend/twist |
| | ____ No use of vibrating tools | ____ May stoop/bend/twist ____ times/hour |
| ____ ADMITTED TO: _____ | ____ No repetitive/outstretched arm use | ____ Weight limit ____ lbs. |
| ____ LIMITED DUTY | **LOWER EXTREMITY** | **OTHER** |
| IF LIMITED DUTY NOT AVAILABLE, | ____ Sitting job with foot/leg elevated | ____ Keep dressing clean/dry |
| MUST BE OFF WORK UNTIL NEXT VISIT | ____ Alternate sit/stand, may walk short distances | ____ No driving |
| | ____ No squatting or kneeling | ____ No use of hazardous machinery |
| DATE TO RETURN TO REGULAR DUTY: _____ | | ____ Medications may cause drowsiness Do not take ____ at work. |

---

FOLLOW UP APPT. REQUIRED? ☑ YES ☐ NO    ☐ AS NEEDED    DATE: __/__/__   TIME: _____
REFERRAL TO SPECIALTY: _____ (ASC to make referral)
REFERRAL TO PHYSICAL THERAPY: 2 TIMES ~~a~~ PER WEEK FOR 6 WEEKS (ASC to make referral)
REFERRAL TO DIAGNOSTIC TESTING: _____ (ASC to make referral)

I understand this report and acknowledge receipt of a copy:

Patient: _____    Date: 1/30/20    Physician: [signature]

WHITE: FAX COMPLETED COPY TO ASC AT 615-360-5692 AND THEN RETAIN IN EMPLOYEE'S FILE.
GIVE EMPLOYEE COPY TO RETURN TO SUPERVISOR.

**Form - 201**



# Injury On Duty (IOD) Report

Date: 1/21/20
Time In: _____
Time Out: _____

Facility: Howell Allen   Medical Record #: _____   Front Desk Initials: _____

---

EMPLOYEE NAME: Brian Moat    HOME #: 615-582-2615    WORK #: _____
DATE OF BIRTH: 6/13/68    Emp ID#: _____    DEPARTMENT: Fire
DATE OF INJURY: 12/12/19    TIME OF INJURY: _____    INITIAL/**RECHECK** (PLEASE CIRCLE)
TREATING PHYSICIAN: Dr. Aaronson    HOW WAS AUTHORIZATION OBTAINED? through ASC

---

DESCRIPTION OF INJURY: _____
ASSESSMENT/DIAGNOSIS: S/P Lumbar Discectomy
Is condition claimed and compatible to be work related? ☒ Yes ☐ No
Are known pre-existing or other conditions contributing? ☐ Yes ☒ No
TREATMENT RENDERED: exam

MEDICATIONS: (dispensed ____ /prescribed ____ ) none

---

## RETURN TO WORK OUTLINE

____ RETURN TO REGULAR DUTY
____ DISCHARGED FROM CARE
✓ SENT HOME (UNABLE TO WORK)
____ ADMITTED TO: _____
____ LIMITED DUTY
   IF LIMITED DUTY NOT AVAILABLE,
   MUST BE OFF WORK UNTIL NEXT VISIT

____ No use of injured hand/arm
____ No repetitive overhead work
____ No lift/push/pull over __ lbs.
____ No repetitive/tight gripping
____ No use of vibrating tools
____ No repetitive/outstretched arm/hand use
____ Sitting job with foot/leg elevated
____ Stand/walk __% of time
____ Alternate sit/stand, may walk short distances
____ No use of hazardous machinery
____ No squatting or kneeling
____ No running/jumping

____ Sitting job only
____ Alternate sit/stand ____ mins/hr
____ May stand/walk up to ____ hrs/day
____ No repetitive stoop/bend/twist
____ May stoop/bend/twist __ times/hour
____ Weight limit ____ lbs.
____ Sit __% of the time
____ Keep dressing clean/dry
____ No driving company vehicles/bus
____ No working heights/on ladders
____ No safety sensitive duties

____ Use brace/ walker/ orthotic/ cane/ crutches as needed (Please Circle)

---

FOLLOW UP APPT. REQUIRED? ☒ YES ☐ NO  4 months  ☐ AS NEEDED    DATE: __/__/__  TIME: _____
REFERRAL TO SPECIALTY: _____ (ASC to make referral)
REFERRAL TO PHYSICAL THERAPY: _____ (ASC to make referral)
REFERRAL TO DIAGNOSTIC TESTING: _____ (ASC to make referral)

I understand this report and acknowledge receipt of a copy:
Patient: [signature]   Date: 1/21/20   Physician: [signature]

WHITE: FAX COMPLETED COPY TO ASC AT 615-360-5692 AND THEN RETAIN IN EMPLOYEE'S FILE.
GIVE EMPLOYEE COPY TO RETURN TO SUPERVISOR.

Scanned: 04/23/2020    TRACY PATTERSON

| Form - 201 | | Date: 6/18/20 |
|---|---|---|



# Injury On Duty (IOD) Report

Facility: HOWELL ALLEN   Medical Record #: _____   Front Desk Initials: _____
Time In: _____
Time Out: _____

EMPLOYEE NAME: BRIAN MOAT   HOME #: 615-582-2615   WORK #: _____
DATE OF BIRTH: 6/13/68   Emp ID#: _____   DEPARTMENT: FIRE
DATE OF INJURY: 12/12/19   TIME OF INJURY: _____   INITIAL/RECHECK (PLEASE CIRCLE)
TREATING PHYSICIAN: DR. AARONSON   HOW WAS AUTHORIZATION OBTAINED? THROUGH ASC

DESCRIPTION OF INJURY: _____
ASSESSMENT/DIAGNOSIS: S/P LUMBAR DISCECTOMY
Is condition claimed and compatible to be work related? ☒ Yes ☐ No
Are known pre-existing or other conditions contributing? ☐ Yes ☒ No
TREATMENT RENDERED: EXAM

MEDICATIONS: (dispensed____/prescribed____) NONE

## RETURN TO WORK OUTLINE

____ RETURN TO REGULAR DUTY
____ DISCHARGED FROM CARE
____ SENT HOME (UNABLE TO WORK)
____ ADMITTED TO: _____
✓ LIMITED DUTY
  IF LIMITED DUTY NOT AVAILABLE, MUST BE OFF WORK UNTIL NEXT VISIT
  AS OF 6/19/20

ERROR /w
✓ No use of injured hand/arm
✓ No ~~repetitive~~ overhead work
✓ No lift/push/pull over 25 lbs.
____ No repetitive/tight gripping
____ No use of vibrating tools
____ No repetitive/outstretched arm/hand use
____ Sitting job with foot/leg elevated
____ Stand/walk ___% of time
____ Alternate sit/stand, may walk short distances
____ No use of hazardous machinery
✓ No squatting or kneeling
✓ No running/jumping

____ Sitting job only
____ Alternate sit/stand ___ mins/hr
____ May stand/walk up to ___ hrs/day
____ No repetitive stoop/bend/twist
____ May stoop/bend/twist ___ times/hour
____ Weight limit ___ lbs.
____ Sit ___% of the time
____ Keep dressing clean/dry
____ No driving company vehicles/bus
____ No working heights/on ladders
____ No safety sensitive duties

____ Use brace/ walker/ orthotic/ cane/ crutches as needed (Please Circle)

FOLLOW UP APPT. REQUIRED? ☒ YES ☐ NO   ☐ AS NEEDED   DATE: __/__/__ TIME: _____
REFERRAL TO SPECIALTY: _____ (ASC to make referral)
REFERRAL TO PHYSICAL THERAPY: _____ (ASC to make referral)
REFERRAL TO DIAGNOSTIC TESTING: _____ (ASC to make referral)

I understand this report and acknowledge receipt of a copy:
Patient: _____   Date: 6/18/20   Physician: [signature]

WHITE: FAX COMPLETED COPY TO ASC AT 615-360-5692 AND THEN RETAIN IN EMPLOYEE'S FILE.
GIVE EMPLOYEE COPY TO RETURN TO SUPERVISOR.

**Form - 201**

Date 8/18/20

Time In: _____

Time Out: _____



## Injury On Duty (IOD) Report

Facility: HOWELL ALLEN   Medical Record #: _____   Front Desk Initials: _____

---

EMPLOYEE NAME: BRIAN MOAT                      HOME #: 615-582-2615   WORK #: _____

DATE OF BIRTH: 6/13/68       Emp ID#: _____    DEPARTMENT: FIRE

DATE OF INJURY: 12/12/19     TIME OF INJURY: _____    INITIAL/(RECHECK) (PLEASE CIRCLE)

TREATING PHYSICIAN: DR. AARONSON     HOW WAS AUTHORIZATION OBTAINED? THROUGH ASC

---

DESCRIPTION OF INJURY: _____

ASSESSMENT/DIAGNOSIS: S/P LUMBAR DISCECTOMY

Is condition claimed and compatible to be work related? ☒ Yes ☐ No
Are known pre-existing or other conditions contributing? ☐ Yes ☒ No
TREATMENT RENDERED: EXAM

MEDICATIONS: (dispensed ____ /prescribed ____ )

### RETURN TO WORK OUTLINE

____ RETURN TO REGULAR DUTY
____ DISCHARGED FROM CARE
____ SENT HOME (UNABLE TO WORK)
____ ADMITTED TO: _____
✓ LIMITED DUTY
   IF LIMITED DUTY NOT AVAILABLE,
   MUST BE OFF WORK UNTIL NEXT VISIT

____ No use of injured hand/arm
____ No repetitive overhead work
✓ No lift/push/pull over 25 lbs.
____ No repetitive/tight gripping
____ No use of vibrating tools
____ No repetitive/outstretched arm/hand use
____ Sitting job with foot/leg elevated
____ Stand/walk ___% of time
____ Alternate sit/stand, may walk short distances
____ No use of hazardous machinery
____ No squatting or kneeling
✓ No running/jumping

____ Sitting job only
____ Alternate sit/stand ___ mins/hr
____ May stand/walk up to ___ hrs/day
✓ No repetitive stoop/bend/twist
____ May stoop/bend/twist ___ times/hour
____ Weight limit ___ lbs.
____ Sit ___% of the time
____ Keep dressing clean/dry
____ No driving company vehicles/bus
____ No working heights/on ladders
____ No safety sensitive duties

____ Use brace/ walker/ orthotic/ cane/ crutches as needed (Please Circle)

FOLLOW UP APPT. REQUIRED? ☒ YES ☐ NO   NOVEMBER  ☐ AS NEEDED   DATE: ___/___/___  TIME: _____
REFERRAL TO SPECIALTY: _____                                                                  (ASC to make referral)
REFERRAL TO PHYSICAL THERAPY: CONTINUE PT                                                         (ASC to make referral)
REFERRAL TO DIAGNOSTIC TESTING: _____                                                          (ASC to make referral)

I understand this report and acknowledge receipt of a copy:
Patient: /s/ Brian Moat     Date: 8/18/20     Physician: /s/

WHITE: FAX COMPLETED COPY TO ASC AT 615-360-5692 AND THEN RETAIN IN EMPLOYEE'S FILE.
GIVE EMPLOYEE COPY TO RETURN TO SUPERVISOR.



# Form - 201
## Injury On Duty (IOD) Report

Date: 9-8-20
Time In: 1044
Time Out: 12P
Front Desk Initials: CP

Facility: Metro IOD Clinic

**Moat, Brian J.**

Employer: Metro IOD Clinic-ONSITE ONLY
SSN: [redacted]   DOB: 06/13/1968
Case Date: 12/12/2019

HOME #: _____

NJURY: FIRE _____

INITIAL / (RECHECK) (PLEASE CIRCLE)

TREATING PHYSICIAN: Dr. Rebecca Smith   HOW WAS AUTHORIZATION OBTAINED? ASC

DESCRIPTION OF INJURY: Left medial ankle swelling, painful callus, medial malleolus nondisplaced fx

ASSESSMENT/DIAGNOSIS: _____

Is condition claimed and compatible to be work related? ☒ Yes ☐ No
Known pre-existing or other conditions contributing? ☐ Yes ☐ No
TREATMENT RENDERED: exam, xray, crutches

MEDICATIONS: (prescribed) _____

|  | RETURN TO WORK OUTLINE | |
|---|---|---|
| ___ RETURN TO REGULAR DUTY | **UPPER EXTREMITY** | **BACK** |
|  | ___ No use of injured hand/arm | ___ Sitting job only |
| ___ DISCHARGED FROM CARE | ___ No repetitive overhead work | ___ Alternate sit/stand |
|  | ___ No lift/push/pull over ___ lbs. | ___ May stand/walk up to ___ hrs/day |
| ___ SENT HOME (UNABLE TO WORK) | ___ No repetitive/heavy gripping | ___ No repetitive stoop/bend/twist |
|  | ___ No use of vibrating tools | ___ May stoop/bend/twist ___ times/hour |
| ___ ADMITTED TO: _____ | ___ No repetitive/outstretched arm use | ___ Weight limit ___ lbs. |
| ✓ LIMITED DUTY | **LOWER EXTREMITY** | **OTHER** |
| IF LIMITED DUTY NOT AVAILABLE MUST BE | ___ Sitting job with foot/leg elevated | ___ Keep dressing clean/dry |
| BE OFF WORK UNTIL NEXT VISIT | ___ Alternate sit/stand, may walk short distances | ___ No driving |
|  | ___ No squatting or kneeling | ___ No use of hazardous machinery |
|  | ___ No running/jumping | ___ Must wear brace as directed |
|  | ___ No climbing stairs/ladders | ___ Medications may cause drowsiness. Do not take at work. |

Additional notes: Sitting 75% of time, weight bearing as tol w/ crutches/brace

DATE TO RETURN TO REGULAR DUTY: _____
FOLLOW UP APPT. REQUIRED? ☐ YES  ☒ NO   DATE: __/__/__  TIME: _____
If you need to reschedule, call 615-880-2400
REFERRAL TO SPECIALTY: Ortho (foot/ankle) assume care   (ASC to make referral)
REFERRAL TO PHYSICAL THERAPY: _____   (ASC to make referral)
REFERRAL TO DIAGNOSTIC TESTING: _____   (ASC to make referral)

I understand this report and acknowledge receipt of a copy:

Patient: [signature]   Date: 9-8-20   Physician: [signature]

COMPLETED COPY WAS FAXED TO ASC AT 615-360-5692 FROM THE METRO IOD CLINIC. RETAIN COPY IN EMPLOYEE'S FILE.
EMPLOYEE TO RETURN COPY TO SUPERVISOR.

Scanned: 09/08/2020   NORMA TOMLIN

Case 3:21-0080707 Document 233-22  Filed 05/05/23  Page 10 of 14 PageID #: 84830



# Injury On Duty (IOD) Report

Date: 4/22/20
Time Out: _____
Facility: VUMC   Medical Record #: _____
Front Desk Initials: _____

EMPLOYEE NAME: Bryan J. Moar   HOME #: 615.582.2615   WORK #: _____
DATE OF BIRTH: 13 Jun 68   SS #: [redacted]   DEPARTMENT: Fire
DATE OF INJURY: 12   TIME OF INJURY: _____   **INITIAL**/RECHECK (PLEASE CIRCLE)
TREATING PHYSICIAN: Gallagher   HOW WAS AUTHORIZATION OBTAINED? ASC

DESCRIPTION OF INJURY: (L) Posterior Tibial Tendon injury
ASSESSMENT/DIAGNOSIS: (L) Posterior Tibial Tendon injury

Is condition claimed and compatible to be work related? **Yes** • No
Are known pre-existing or other conditions contributing? • Yes • **No**
TREATMENT RENDERED: PT

Patient can return to full unrestricted PT

MEDICATIONS: (dispensed ___ /prescribed ___ )

## RETURN TO WORK OUTLINE

___ RETURN TO REGULAR DUTY

___ DISCHARGED FROM CARE

**X** SENT HOME (UNABLE TO WORK)

___ ADMITTED TO: _____

___ LIMITED DUTY
IF LIMITED DUTY NOT AVAILABLE,
MUST BE OFF WORK UNTIL NEXT VISIT

DATE TO RETURN TO REGULAR DUTY: _____

**UPPER EXTREMITY**
___ No use of injured hand/arm
___ No repetitive overhead work
___ No lift/push/pull over ___ lbs.
___ No repetitive/heavy gripping
___ No use of vibrating tools
___ No repetitive/outstretched arm use

**LOWER EXTREMITY**
___ Sitting job with foot/leg elevated
___ Alternate sit/stand, may walk short distances
___ No squatting or kneeling

**BACK**
___ Sitting job only
___ Alternate sit/stand
___ May stand/walk up to ___ hrs/day
___ No repetitive stoop/bend/twist
___ May stoop/bend/twist ___ times/hour
___ Weight limit ___ lbs.

**OTHER**
___ Keep dressing clean/dry
___ No driving
___ No use of hazardous machinery
___ Medications may cause drowsiness
___ Do not take ___ at work.

FOLLOW UP APPT. REQUIRED? **YES** NO   • AS NEEDED   DATE: after MRI   TIME: _____
REFERRAL TO SPECIALTY: _____ (ASC to make referral)
REFERRAL TO PHYSICAL THERAPY: _____ (ASC to make referral)
REFERRAL TO DIAGNOSTIC TESTING: MRI (L) ankle   (ASC to make referral)

I understand this report and acknowledge receipt of a copy:

Patient: _[signature]_  Date: 9/22/20  Physician: _[signature]_

WHITE: FAX COMPLETED COPY TO ASC AT 615-360-5692 AND THEN RETAIN IN EMPLOYEE'S FILE.
GIVE EMPLOYEE COPY TO RETURN TO SUPERVISOR.

**Form - 201**



## Injury On Duty (IOD) Report

Date: 11/24/20
Time Out: _____
Facility: HOWELL ALLEN CLINIC   Medical Record #: _____   Front Desk Initials: _____

EMPLOYEE NAME: BRIAN MOAT   HOME #: 615-782-2615   WORK #: _____
DATE OF BIRTH: 6/13/68   SS #: _____   DEPARTMENT: FIRE
DATE OF INJURY: 12/12/19   TIME OF INJURY: _____   INITIAL / RECHECK (PLEASE CIRCLE)
TREATING PHYSICIAN: DR. AARONSON   HOW WAS AUTHORIZATION OBTAINED? THROUGH ASC

DESCRIPTION OF INJURY: _____
ASSESSMENT/DIAGNOSIS: S/P LUMBAR DISCECTOMY

Is condition claimed and compatible to be work related? ☑ Yes ☐ No
Are known pre-existing or other conditions contributing? ☐ Yes ☑ No
TREATMENT RENDERED: EXAM

MEDICATIONS: (dispensed ___ /prescribed ___ ) NONE

### RETURN TO WORK OUTLINE

___ RETURN TO REGULAR DUTY

___ DISCHARGED FROM CARE

___ SENT HOME (UNABLE TO WORK)

___ ADMITTED TO: _____

✓ LIMITED DUTY
  IF LIMITED DUTY NOT AVAILABLE,
  MUST BE OFF WORK UNTIL NEXT VISIT

DATE TO RETURN TO REGULAR DUTY: _____

**UPPER EXTREMITY**
___ No use of injured hand/arm
___ No repetitive overhead work
✓ No lift/push/pull over 25 lbs.
___ No repetitive/heavy gripping
___ No use of vibrating tools
___ No repetitive/outstretched arm use

**LOWER EXTREMITY**
___ Sitting job with foot/leg elevated
___ Alternate sit/stand, may walk short distances
✓ No squatting or kneeling

**BACK**
___ Sitting job only
___ Alternate sit/stand
___ May stand/walk up to ___ hrs/day
✓ No repetitive stoop/bend/twist
___ May stoop/bend/twist ___ times/hour
___ Weight limit ___ lbs.

**OTHER**
___ Keep dressing clean/dry
___ No driving
___ No use of hazardous machinery
___ Medications may cause drowsiness
   Do not take ___ at work.

FOLLOW UP APPT. REQUIRED? ☑ YES ☐ NO   3 MONTHS ☐ AS NEEDED   DATE: __/__/__   TIME: _____
REFERRAL TO SPECIALTY: _____   (ASC to make referral)
REFERRAL TO PHYSICAL THERAPY: WORK HARDENING TWICE PER WEEK 6 WEEKS (ASC to make referral)
REFERRAL TO DIAGNOSTIC TESTING: _____   (ASC to make referral)

I understand this report and acknowledge receipt of a copy:
Patient: _[signature]_   Date: 11/24/20   Physician: _[signature]_

WHITE: FAX COMPLETED COPY TO ASC AT 615-360-5692 AND THEN RETAIN IN EMPLOYEE'S FILE.
GIVE EMPLOYEE COPY TO RETURN TO SUPERVISOR.

Case 3:21-cv-00807 Document 23-12 Filed 05/05/23 Page 13 of 14 PageID #: 850
Case 3:21-cv-00807 Document 33-22 Filed 05/05/23 Page 13 of 14 PageID #: 1033
Scanned: 12/11/2020   TRACY PATTERSON

| Form - 201 | | Date 3/9/21 |
|---|---|---|
|  | **Injury On Duty (IOD) Report** | Time In: _____ |
| | | Time Out: _____ |

Facility: _HOWELL ALLEN_   Medical Record #: _____   Front Desk Initials: _____

---

EMPLOYEE NAME: _BRIAN MOAT_   HOME #: _615-582-2615_   WORK #: _____

DATE OF BIRTH: _6/13/68_   Emp ID#: _____   DEPARTMENT: _FIRE_

DATE OF INJURY: _12/12/19_   TIME OF INJURY: _____   INITIAL /(RECHECK) (PLEASE CIRCLE)

TREATING PHYSICIAN: _Dr. AARONSON_   HOW WAS AUTHORIZATION OBTAINED? _THROUGH DAVIES_

---

DESCRIPTION OF INJURY: _____

ASSESSMENT/DIAGNOSIS: _S/P LUMBAR DISCECTOMY_

Is condition claimed and compatible to be work related? ☒ Yes ☐ No
Are known pre-existing or other conditions contributing? ☐ Yes ☒ No
TREATMENT RENDERED: _EXAM_

MEDICATIONS: (dispensed____/prescribed____) _NONE_

### RETURN TO WORK OUTLINE

✓ RETURN TO REGULAR DUTY
✓ DISCHARGED FROM CARE
___ SENT HOME (UNABLE TO WORK)
___ ADMITTED TO: _____
___ LIMITED DUTY
   IF LIMITED DUTY NOT AVAILABLE,
   MUST BE OFF WORK UNTIL NEXT VISIT

___ No use of injured hand/arm
___ No repetitive overhead work
___ No lift/push/pull over __ lbs.
___ No repetitive/tight gripping
___ No use of vibrating tools
___ No repetitive/outstretched arm/hand use
___ Sitting job with foot/leg elevated
___ Stand/walk ___% of time
___ Alternate sit/stand, may walk short distances
___ No use of hazardous machinery
___ No squatting or kneeling
___ No running/jumping

___ Sitting job only
___ Alternate sit/stand ___ mins/hr
___ May stand/walk up to ___ hrs/day
___ No repetitive stoop/bend/twist
___ May stoop/bend/twist ___ times/hour
___ Weight limit _____ lbs.
___ Sit ___% of the time
___ Keep dressing clean/dry
___ No driving company vehicles/bus
___ No working heights/on ladders
___ No safety sensitive duties

___ Use brace/ walker/ orthotic/ cane/ crutches as needed (Please Circle)

---

FOLLOW UP APPT. REQUIRED? ☐ YES ☐ NO   ☒ AS NEEDED   DATE: __/__/__   TIME: _____
REFERRAL TO SPECIALTY: _____ (ASC to make referral)
REFERRAL TO PHYSICAL THERAPY: _WORK HARDENING 2 TIMES PER WEEK FOR 8 WEEKS_ (ASC to make referral)
REFERRAL TO DIAGNOSTIC TESTING: _____ (ASC to make referral)

I understand this report and acknowledge receipt of a copy:
Patient: _[signature]_   Date: _3/9/21_   Physician: _[signature]_

WHITE: FAX COMPLETED COPY TO ASC AT 615-360-5692 AND THEN RETAIN IN EMPLOYEE'S FILE.
GIVE EMPLOYEE COPY TO RETURN TO SUPERVISOR.

Case 3:21-cv-00807 Document 23-12   Filed 05/05/23   Page 14 of 14 PageID #: 234
Case 3:21-cv-00807 Document 33-22   Filed 05/05/23   Page 14 of 14 PageID #: 504
Scanned: 03/17/2021   TRACY PATTERSON